**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:

    Shad A. Ervin                                        Case # 19-57037
                                                         Chapter 13
                  Debtor                              Judge C. Kathryn Preston

### NOTICE OF FILING REAL ESTATE APPRAISAL

Now comes the Debtor, by and through counsel, and hereby gives notice of filing the attached real estate appraisal pursuant to Local Chapter 13 Bankruptcy Rule 3015-3(e)(3).

                                                   /s/ Amy E. Gullifer
                                                   Amy E. Gullifer #0074218
                                                   Attorney for Debtor
                                                   302 South Main Street
                                                   Marysville, Ohio 43040
                                                   937-644-9125 (phone no.)
                                                   937-644-0754 (fax no.)
                                                   bkadmin@cfbjs.com

### Certificate of Service

I hereby certify that a true copy of the foregoing Real Estate Appraisal was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on November 12, 2019 addressed to:

Shad Ervin
416 Co. Rd. 142 North
West Mansfield, Ohio 43358

                                                   /s/ Amy E. Gullifer
                                                   Amy E. Gullifer

# Logan County, Ohio
## Parcel: 32-097-00-00-011-001

Year: 2018

## SUMMARY

| | | | |
|---|---|---|---|
| Deeded Name | SHAD A ERVIN | | |
| Owner | SHAD A ERVIN<br>416 C R 142 N<br>WEST MANSFIELD OH, 43358 USA | Taxpayer | ERVIN SHAD A<br>416 C R 142 N<br>WEST MANSFIELD OH, 43358 USA |
| Tax District | 32-PERRY BEN LOGAN SD | Land Use | 101-CASH-GRAIN OR GENERAL FARM |
| School District | BENJAMIN LOGAN S D | Subdivision | |
| Location | 416 C R 142<br>Unknown OH 00000 | Legal | 0000  5092 |
| | Map Number | 09700 | Routing Number    00011 |
| Acres | 17.633    Sold | 03/15/2016 | Sales Amount |

## VALUE

District: 32-PERRY BEN LOGAN SD
Land Use: 101-CASH-GRAIN OR GENERAL FARM

| | Appraised | Assessed |
|---|---:|---:|
| Land | 90,120 | 31,540 |
| Improvement | 123,160 | 43,110 |
| Total | 213,280 | 74,650 |
| CAUV | N | 0 | 0 |
| Homestead | N | 0 | 0 |
| OOC | Y | 17,250 | 6,040 |

## CHARGE

| | Prior | 1st Half | 2nd Half | Total |
|---|---:|---:|---:|---:|
| Tax | 492.97 | 1,445.22 | 1,445.22 | 3,383.41 |
| Recoupment | 0.00 | 678.60 | 678.60 | 1,357.20 |
| Special | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 492.97 | 2,123.82 | 2,123.82 | 4,740.61 |
| Paid | 0.00 | 0.00 | 0.00 | 0.00 |
| Due | 492.97 | 2,123.82 | 2,123.82 | 4,740.61 |

## TRANSFER HISTORY

| Date | Buyer | Conveyance | Deed Type | Sales Amount | Valid |
|---|---|---|---|---:|---|
| 03/15/2016 | ERVIN SHAD A | 188 | QUIT CLAIM DEED | $0 | N |
| 12/10/2013 | ERVIN SHAD A | 1207 | WARRANTY DEED | $217,413 | Y |

## LAND

| Type | Dimensions | Description | Value |
|---|---:|---|---:|
| A5-TILLABLE | 11.001 | Acres | 50,610 |
| A7-PASTURE | 5.529 | Acres | 22,260 |
| A0-R.O.W. | 0.197 | Acres | 0 |
| H-HOMESITE | 1.000 | Acres | 17,250 |

## DWELLING

Card 1

| | | | | | |
|---|---|---|---:|---|---:|
| Style | 1-CONVENTIONAL | Family Rooms | 0 | Heating | Y |
| Stories | 0.00 | Dining Rooms | 0 | Cooling | N |
| Rec Room Area | 0 | Year Built | 1987 | Grade | C |
| Finished Basement | 0 | Year Remodeled | | Fireplace Openings | 0 |
| Rooms | 7 | Full Baths | 2 | Fireplace Stacks | 0 |
| Bed Rooms | 2 | Half Baths | 0 | Living Area | 1,572 |
| | | Other Fixtures | 0 | Appraised Value | 98,640 |

## OTHER IMPROVEMENT

| Card | Description | Yr Blt | Yr Rem | Size | Condition | Value |
|---|---|---|---|---:|---|---:|
| 1 | 27-POLE BARN DF | 1997 | | 3,200 | A-AVERAGE | 24,520 |

## UTILITIES

Water  N    Sewer  N    Electric  N    Gas  N    Well  Y    Septic  Y

Card 1

| ID | Description | Size |
|----|-------------|------|
| A  | 1SFR/B      | 1,188 |
| B  | CFG         | 528 |
| C  | 1SFR/C      | 384 |
| D  | P           | 130 |
| E  | P           | 200 |

# Logan County, Ohio

Year: 2018

Parcel: 32-097-00-00-011-002

## SUMMARY

| | | | |
|---|---|---|---|
| Deeded Name | SHAD A ERVIN | | |
| Owner | SHAD A ERVIN<br>416 C R 142 N<br>WEST MANSFIELD OH, 43358 USA | Taxpayer | ERVIN SHAD A<br>416 C R 142 N<br>WEST MANSFIELD OH, 43358 USA |
| Tax District | 32-PERRY BEN LOGAN SD | Land Use | 511-SINGLE FAMILY DWELLING - UNPLATTED 0 - 9.99 ACRES |
| School District | BENJAMIN LOGAN S D | Subdivision | |
| Location | 420 C R 142<br>Unknown OH 00000 | Legal | 0000 5092 |
| | | Map Number | 09700 | Routing Number | 00011 |
| Acres | 2.548 | Sold | 12/10/2013 | Sales Amount | 32,487 |

## VALUE

District: 32-PERRY BEN LOGAN SD
Land Use: 511-SINGLE FAMILY DWELLING - UNPLATTED 0 - 9.99 ACRES

| | Appraised | Assessed |
|---|---|---|
| Land | 27,200 | 9,520 |
| Improvement | 128,890 | 45,110 |
| Total | 156,090 | 54,630 |
| CAUV | N | 0 | 0 |
| Homestead | N | 0 | 0 |
| OOC | N | 0 | 0 |

## TRANSFER HISTORY

| Date | Buyer | Conveyance | Deed Type | Sales Amount | Valid |
|---|---|---|---|---|---|
| 12/10/2013 | ERVIN SHAD A | 1206 | WARRANTY DEED | $32,487 | Y |

## LAND

| Type | Dimensions | Description | Value |
|---|---|---|---|
| H-HOMESITE | 1.000 | Acres | 17,250 |
| A0-R.O.W. | 0.103 | Acres | 0 |
| A3-RESIDUAL | 1.445 | Acres | 9,950 |

## DWELLING

Card 1

| | | | | | |
|---|---|---|---|---|---|
| Style | 1-CONVENTIONAL | Family Rooms | 0 | Heating | Y |
| Stories | 0.00 | Dining Rooms | 0 | Cooling | N |
| Rec Room Area | 0 | Year Built | 1992 | Grade | C |
| Finished Basement | 0 | Year Remodeled | | Fireplace Openings | 0 |
| Rooms | 6 | Full Baths | 2 | Fireplace Stacks | 0 |
| Bed Rooms | 2 | Half Baths | 0 | Living Area | 1,536 |
| | | Other Fixtures | 0 | Appraised Value | 128,890 |

## UTILITIES

| Water | N | Sewer | N | Electric | N | Gas | N | Well | N | Septic | N |
|---|---|---|---|---|---|---|---|---|---|---|---|

SKETCH

Card 1

| ID | Description | Size |
|----|-------------|------|
| A  | 1SFR/B      | 1,536 |
| B  | CFG         | 768  |
| C  | WDDK        | 720  |

