**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: Shad Allen Ervin | : | Case No: 19-57037 |
| Debtor(s) | : | Chapter 13 Judge: C KATHRYN PRESTON |
| | : | Amended Plan filed 12/16/2019 |

### CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

Now comes Frank M. Pees, Standing Chapter 13 Trustee, and objects to the confirmation of the plan and requests that the Court enter an Order denying confirmation for the reasons set forth below and dismissing the case, pursuant to 11 U.S.C. §1307. This objection supersedes any prior objection filed in this case by the Trustee.

Above median income_____          Below median income __X__

__X__  **11 U.S.C. §1325(a)(1)**-Plan does not comply with all provisions of Chapter 13 of Title 11 and the other applicable provisions of Title 11:

  __X__ Other: **SFA #18 - provide breakdown of what funds were spent on.**

  __X__ Debtor(s) do not have liability insurance on all vehicles that are driven or as required by any relevant security agreement. **Per 341 testimony; debtor does not have auto insurance.**

  __X__ Debtor(s) do not have insurance on their real estate. **Per 341 testimony; forced placed insurance on property; provide verification of independent policy.**

__X__  **11 U.S.C. §1325(a)(6)**-Plan is not feasible based on income, living expenses, and plan payments.

  __X__ Other: **Schedule I differs from pay advices provided as to insurance deductions.**

  __X__ Debtor(s)' expenses exceed reasonable, necessary expenses. **Retention of lien property @ 416 Co., Rd., with no rental income in this 15% Plan.**

Pursuant to LBR 3015-2(a), amendments necessary to place the plan in a posture for confirmation must be filed at least ten (10) days prior to the hearing on confirmation set for January 16, 2020, unless Debtor(s) have entered into an Agreed Order with the Trustee and so are bound by the terms of that Order.

Therefore, the Trustee prays that confirmation is denied and this case be dismissed for cause pursuant to §1307(c).

## TERMS OF THE PLAN:

**Plan Payments: $2400.00/2 mos; $2100.00/ 3 mos; $2400.00/7 mos; $2900.00/REM**

**Best Interest Dividend: 10%     Dividend: 15%**

**Length: 53 Months**

Dated: December 19, 2019                     Respectfully submitted,

**/s/  Frank M. Pees**
Frank M. Pees
Chapter 13 Trustee
130 East Wilson Bridge Road #200
Worthington, Ohio 43085
(614) 436-6700
trustee@ch13.org

2

CERTIFICATE OF SERVICE

    The undersigned hereby certified that on the date shown below a copy of the Trustee's Objection to Confirmation was served electronically on the Office of the United States Trustee and Debtor's attorney, and on the Debtor(s) at the address as currently shown in the Trustee's records by regular first class mail, postage prepaid.

Dated: December 19, 2019                    **/s/ Frank M. Pees**
                                                Frank M. Pees
                                                Chapter 13 Trustee
                                                130 East Wilson Bridge Road #200
                                                Worthington, Ohio 43085-6300