# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:

    Shad A. Ervin                              Case # 19-57037
                                                     Chapter 13
          Debtor                               Judge C. Kathryn Preston

## WITHDRAWAL OF PROOF OF CLAIM FILED MAY 1, 2020 FOR THE LOGAN COUNTY TREASURER IN THE AMOUNT OF $9,526.03 AND ASSIGNED CLAIM #5

      Now comes the Debtor, by and through counsel, and hereby withdraws Proof of Claim No. 5, filed on May 1, 2020 on behalf of the Logan County Treasurer in the amount of $9,526.03. The Debtor withdraws this Proof of Claim because the Logan County Treasurer filed a subsequent claim for the same debt on August 13, 2020 (Claim No. 6).

                                                        /s/ Amy E. Gullifer
                                                        Amy E. Gullifer # 0074218
                                                        Attorney for Debtor
                                                        BRIDGES, JILLISKY, STRENG,
                                                        WELLER & GULLIFER, LLC
                                                        302 South Main Street
                                                        Marysville, Ohio 43040
                                                        937-644-9125(phone no.)
                                                        937-644-0754(fax no.)
                                                        bkadmin@cfbjs.com

### Certificate of Service

      I hereby certify that a copy of the foregoing Withdrawal was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on September 8, 2020 addressed to:

Shad Ervin, 416 Co. Rd. 142 North, West Mansfield, Ohio 43358

Logan County Treasurer, 100 S. Madriver St., Room 104, Bellefontaine, OH 43311

                                                        /s/ Amy E. Gullifer
                                                        Amy E. Gullifer