**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

| | |
|---|---|
| IN RE:<br>SHAD ALLEN ERVIN<br>            DEBTOR | CASE NO. 2:19-bk-57037<br>CHAPTER 13 |

**NOTICE OF CREDITOR'S CHANGE OF ADDRESS**

NAME:                                      FREEDOM MORTGAGE CORPORATION

EFFECTIVE DATE OF CHANGE:  04/29/2024

OLD NOTICE ADDRESS:            10500 Kincaid Drive, Suite 300
                                                  Fishers, IN 46037-9764

NEW NOTICE ADDRESS:           11988 Exit 5 Parkway, Building 4
                                                  Fishers, IN 46037-9739

OLD PAYMENT ADDRESS:        10500 Kincaid Drive, Suite 300
                                                  Fishers, IN 46037-9764

NEW PAYMENT ADDRESS:       11988 Exit 5 Parkway, Building 4
                                                  Fishers, IN 46037-9739

Dated: August 7, 2024

                                                  */s/Lorri Beltz*
                                                  Lorri Beltz, Vice President, Default
                                                  Freedom Mortgage Corporation
                                                  11988 Exit 5 Parkway, Building 4
                                                  Fishers, IN 46037-9739
                                                  Telephone: (855) 690-5900
                                                  E-Mail: Bankruptcy@FreedomMortgage.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**COLUMBUS DIVISION**

| | |
|---|---|
| **IN RE:** <br> **SHAD ALLEN ERVIN** <br>             **DEBTOR** | **CASE NO.  2:19-bk-57037** <br> **CHAPTER 13** |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a true and correct copy of the Notice Of Creditor's Change Of Address to all creditors and parties in interest by electronic means or mailed, postage prepaid on this day to the following:

Via First Class Mail:

BRIAN D. WOOD
WOOD & BREWER, LLC
705 Lakeview Plaza Blvd Ste M
Worthington OH 43085-4779
*Counsel for Debtor*

EDWARD A. BAILEY
550 Polaris Pkwy Ste 500
Westerville OH 43082-7058
*Chapter 13 Trustee*

SHAD ALLEN ERVIN
416 County Road 142 N
West Mansfield OH 43358-9557
*Debtor*

This 7th Day of August, 2024

*/s/Lorri Beltz*
Lorri Beltz, Vice President, Default
Freedom Mortgage Corporation
11988 Exit 5 Parkway, Building 4
Fishers, IN 46037-9739
Telephone: (855) 690-5900
E-Mail: Bankruptcy@FreedomMortgage.com